UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| In re: | Case No. | Chapter |
|---|---|---|
| Steven D. Foreman | 13-70008-FJS | 13 |
| Brian and Lisa Winfield | 13-70103-FJS | 13 |
| Armee C. Hardy | 13-70132-SCS | 13 |
| Bruce and Beatrice Wingate | 13-70243-FJS | 13 |
| Erica A. Linzy | 13-70274-SCS | 13 |
| Robert J. Richardson | 13-70337-FJS | 7 |
| Jason and Nicole Karangelen | 13-70377-SCS | 7 |
| Robert and Linda Dievart | 13-70431-SCS | 13 |
| Archibald and Teresa McDowell | 13-70500-FJS | 7 |
| Gary L. Insley | 13-70503-SCS | 7 |
| Shawn L. Mosley | 13-70532-SCS | 13 |
| Barry D. Harrell | 13-70644-SCS | 7 |
| Bernard H. Johnson | 13-70826-SCS | 13 |
| Robin G. Hodges | 13-70967-SCS | 13 |
| Shawn J. Daigle | 13-71036-FJS | 7 |
| Ronald Bishop | 13-71169-SCS | 13 |
| Larry and Amy Johnston | 13-71233-SCS | 7 |
| Evelyn Woodard | 13-71234-SCS | 7 |
| Angela P. Hambright | 13-71368-FJS | 7 |
| Jimmie and Peggy Reid | 13-71370-FJS | 7 |
| John N. Newbern | 13-71418-SCS | 13 |
| Ronald L. Hill | 13-71572-SCS | 13 |
| Winston D. Nelson | 13-71575-SCS | 13 |
| Nova P. Jones | 13-71624-FJS | 7 |
| Selena S. Diggs | 13-71746-FJS | 13 |
| Dyan B. Martinez | 13-71771-FJS | 7 |
| Paul and Bonnie Hanrahan | 13-71788-SCS | 13 |
| Andrew L. Bull | 13-71789-FJS | 13 |
| Autumn L. Davis | 13-71809-FJS | 7 |
| Robert L. Barnes | 13-71911-FJS | 13 |
| Frank A. Guagenti | 13-72014-SCS | 13 |
| Kimberly Tykot | 13-72015-FJS | 13 |

Anne K. Fiorenza, Acting AUST
Cecelia A. Weschler, Esq., VSB No. 28245
Kenneth N. Whitehurst, III, Esq., VSB No. 48919
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

| Name | Case Number | Chapter |
|---|---|---|
| Paulette Ryans | 13-72095-SCS | 13 |
| David and Vanessa Barrett | 13-72191-FJS | 13 |
| Margaret A. Angulo | 13-72305-SCS | 7 |
| Charlie White and Sarah Burtt- White | 13-72375-SCS | 7 |
| Eric and Kimberly Moore | 13-72498-SCS | 7 |
| Michael A. Butts | 13-72538-SCS | 13 |
| (Marcy L. Alvarado) | 13-72572-FJS | 7 |
| Erica A. Linzy | 13-72718-SCS | 13 |
| Jamel Sr. Johnson | 13-72813-FJS | 13 |
| Stephen W. Hoots | 13-72820-SCS | 13 |
| Erica D. Hamberry | 13-72927-SCS | 7 |
| Valerie King | 13-72928-FJS | 7 |
| Ronald C. Foreman | 13-73063-SCS | 13 |
| Jana L. O'Grady | 13-73073-FJS | 7 |
| Lawrence and Heather Crutchfield | 13-73383-FJS | 13 |
| Brian and Lisa Winfield | 13-73410-SCS | 13 |
| Harold Locklear | 13-73515-FJS | 13 |
| Susan H. Barnes | 13-73516-SCS | 13 |
| Natalee D. Blount | 13-73518-SCS | 13 |
| Kenneth L. Huddle | 13-73562-SCS | 13 |
| Panagiotis A. Dukas | 13-73593-SCS | 13 |
| Alice Tappe | 13-73756-FJS | 13 |
| Robert and Linda Dievart | 13-74174-SCS | 13 |
| Ronnie A. Saunders | 13-74175-FJS | 13 |
| Frank A. Guagenti | 13-74264-SCS | 13 |
| John G. Conner | 13-74650-FJS | 13 |
| Kimberly A. Woodard | 14-70221-FJS | 13 |
| Valjean Ware | 14-70371-FJS | 13 |
| Robert T. Cillizza | 14-70372-SCS | 13 |
| Ashley T. Moore | 14-70482-SCS | 7 |
| Anita M. Everett | 14-70483-FJS | 7 |
| Cherika S. Mackey | 14-70637-FJS | 7 |
| Harold Locklear | 14-70681-SCS | 13 |
| Jeffrey and Sheila Weeks | 14-70682-SCS | 13 |
| Isabel J. Escobar | 14-70761-FJS | 13 |
| Generoso and Carol Franco | 14-70762-SCS | 7 |
| Donita R. Sergent | 14-70799-FJS | 7 |
| Dustin E. Bell | 14-70800-SCS | 7 |
| Suzanne M. Parson-Janrhett | 14-70948-FJS | 7 |
| Thomas Healy and Katherine McKee-Healy | 14-71016-SCS | 7 |

## **CONSENT ORDER**

This matter came before the Court on the motions for sanctions filed against James R. Carpenter, Jr., Esq. by both Chapter 13 Trustee Michael P. Cotter in the case of Steven W. Hoots, and the United States Trustee in each of the above-captioned cases (collectively, the "Motions"). A pretrial conference on the Motions was held on September 9, 2014. At the September 9, 2014 pretrial conference, Mr. Carpenter requested that he be removed from the roll of attorneys authorized to practice before the United States Bankruptcy Court for the Eastern District of Virginia. Based upon the consent of Mr. Carpenter, the agreement of the parties evidenced by the signatures below, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

1. It is Mr. Carpenter's intention to voluntarily withdraw his membership in the bar of this Court, and to be removed from the roll of attorneys licensed to practice before this Court.

2. Mr. Carpenter has met with Thomas B. Dickenson, Esquire, a member of the bar of this Court, to obtain assistance in representing his clients before this Court.

3. Mr. Dickenson is now counsel of record for many of Mr. Carpenter's clients.

4. Mr. Carpenter has concluded that he is incapable of continuing to represent clients before this Court, and that his clients would be better served with other counsel.

5. Mr. Carpenter notified the United States Trustee of his decision to seek to withdraw as a member of this Court's bar on August 21, 2014.

6. Mr. Carpenter is actively assisting his clients to obtain new counsel.

IT IS HEREBY ORDERED that:

A. James R. Carpenter, Jr. is hereby removed from the roll of attorneys admitted to practice before bar of this Court.

B. The privilege of James R. Carpenter, Jr. to practice before the United States Bankruptcy Court for the Eastern District of Virginia is hereby terminated.

C. The privilege of James R. Carpenter, Jr. to file pleadings and documents using this Court's Case Management / Electronic Case filing System is hereby terminated.

D. James R. Carpenter, Jr. shall make every effort to obtain new counsel for all clients he currently represents before the bar of this Court.

E. Nothing herein shall limit, enlarge or impact any claims, causes of action, or defenses by or between James R. Carpenter, Jr. and any of his clients in cases pending before this Court.

F. The entry of this order shall not be deemed to be a disciplinary ruling by the United States Bankruptcy Court.

G. The Motion for Sanctions Against James R. Carpenter, Jr. Esq., filed by the United States Trustee in each of the above-captioned cases is hereby DISMISSED.

H. The Motion for Sanctions filed on March 17, 2014 by Chapter 13 Trustee Michael P. Cotter against Mr. Carpenter in *In re: Steven W. Hoots*, is hereby DISMISSED.

I. The Bankruptcy Court shall retain jurisdiction to enforce this order.

DATE: 9/9/14    ENTER: _____
                        Chief United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on docket
Sept 10, 2014

WE ASK FOR THIS:

/s/ James R. Carpenter, Jr.
James R. Carpenter, Jr., Esq.

(By Mr. Whitehurst with permission from
Mr. Carpenter received by email August 26, 2014)

/s/ Kenneth N. Whitehurst, III
Kenneth N. Whitehurst, III, Esq.
Office of the United States Trustee

/s/ Thomas B. Dickenson
Thomas B. Dickenson, Esq.

(By Mr. Whitehurst with permission from
Mr. Dickenson received by email August 21, 2014)

/s/ Michael P. Cotter
Michael P. Cotter,
Chapter 13 Trustee

(By Mr. Whitehurst with permission from
Mr. Cotter received by email August 21, 2014)

## CERTIFICATE OF ENDORSEMENT

I hereby certify that, pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, the foregoing Order has been endorsed by or served upon all necessary parties.

/s/ Kenneth N. Whitehurst, III



**Parties to Receive Copies**

James R. Carpenter, Jr., Esq. (via email)

Thomas B. Dickenson, Esq. (via email)

Michael P. Cotter, Esq. (via email)

Office of the U.S. Trustee (via email)